BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CAESAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-00513-JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE JULY 6, 2009, STATUS HEARING AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(H)(8)(A), (B) |
| ANGELA JENELL CAESAR, | ) | |
| Defendant. | ) | |

   The parties are currently scheduled to appear before this Court on July 6, 2009 at 1:30 p.m. for a status and trial setting hearing.  The defendant, Angela Jenell Caesar, is out of custody on bond.  The parties have been working to resolve the matter, and defense investigation is continuing.  In advance of that hearing, the government and defense request a continuance of this hearing date to August 24, 2009 at 1:30 p.m. (or other date convenient for the Court) and an exclusion of time under the Speedy Trial Act.

   The parties stipulate that the time between July 6, 2009 and August 24, 2009 and the new hearing date is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny the defendant reasonable time necessary for effective preparation.  The parties further agree that the ends of justice served by

granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

DATED: June 30, 2009  　　　　　　/S/＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　MANUEL A. ARAUJO
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

DATED: June 30, 2009  　　　　　　/S/＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　CHAD MANDELL,
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference presently scheduled on Monday, July 6, 2009 be continued to Monday, August 24, 2009 at 1:30 p.m.

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 6, 2009 and August 24, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: July 1, 2009　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE
JULY 6, 2009, STATUS HEARING AND EXCLUDING TIME
CASE NO.: 09-00513-JW