1    JOSEPH P. RUSSONIELLO (CASBN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CASBN 163973)
3    Chief, Criminal Division

4    CHAD M. MANDELL (ILBN 628783)
     Special Assistant United States Attorney
5
         150 South Almaden Boulevard, Suite 900
6        San Jose, California 95113
         Telephone: (408) 535-5061
7        Facsimile: (408) 535-5066
         chad.mandell@usdoj.gov
8
     Attorneys for the United States,
9

10
                                                                        10/30/2009
11                IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

     UNITED STATES OF AMERICA,            )    No. CR 09-00513 JW
14                                         )
                    Plaintiff,             )
15                                         )    STIPULATION AND [PROPOSED]
     vs.                                   )    ORDER CONTINUING HEARING
16                                         )
                                           )
17   ANGELLA JANELL CEASER,                )
                                           )
                    Defendants.            )
18   _____  )

19

20                            STIPULATION

21         The parties, by and through their respective counsel, hereby stipulate and agree that the

22   status hearing currently set for Monday, November 2, 2009, shall be continued to Monday,

23   **December 7, 2009**  at 1:30 p.m., before the Honorable James Ware, United States District Judge.

24   The reason for the requested continuance is to permit the U.S. Pretrial Services Office to

25   determine whether the defendant is a suitable candidate for their Pretrial Diversion Program.  The

26

     Stipulation and [Proposed] Order Continuing
     Hearing, CR 09-00513 JW                        1

1   defendant's presence had previously been waived for the November 2, 2009, hearing, and the

2   parties stipulate that her presence may be waived for the proposed **December 7, 2009** hearing,

3   and further, that the proposed **December 7, 2009** hearing may be taken off calendar, depending

4   on whether the defendant is accepted into the Pretrial Diversion Program and depending on the

5   resolution, if any, that is reached by the parties to this matter.

6        The parties further stipulate and agree that the time until **December 7, 2009** shall be

7   excluded from the time within which trial shall commence pursuant to Title 18, United States

8   Code Section 3161(h)(2) and (h)(7)(A).

9

10

    Dated: October 30, 2009

11

                                    s/_____   _____
12                                  MANUEL U. ARAUJO
                                    Assistant Federal Public Defender

13

    Dated: October 30, 2009

14

                                    s/_____   _____
15                                  CHAD MANDELL
                                    Special Assistant United States Attorney

16

17                          **[PROPOSED] ORDER**

18        Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

19   hearing of November 2, 2009, shall be continued to **December 7, 2009** at 1:30 p.m.  This order

20   shall also incorporate the stipulations of the parties as to the defendant's appearance at the

21   December 2, 2009, hearing.

22   //

23   //

24   //

25   //

26

1    Finally, the time until December 1, 2009 shall be excluded from the time within which

2    trial shall commence under the Speedy Trial Act, as the reasonable time necessary pursuant to

3    Title 18, United States Code Section 3161(h)(2) and (h)(7)(A).

4    The parties are to file a stipulated request for the Court to vacate the December 7, 2009
hearing upon Pretrial Services acceptance of the Defendant into the diversion program.

5    Dated:  October 30, 2009

6    _____
JAMES WARE
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00513 JW                          3