**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

12/4/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-00513-JW |
| )  Plaintiff, ) | [~~PROPOSED~~] ORDER RESCHEDULING DECEMBER 7, 2009, STATUS HEARING TO MAY 17, 2010, AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(H)(7)(A), (B) |
| v. ) | |
| ANGELA JENELL CAESAR, ) | |
| Defendant. ) | |

### ORDER

GOOD CAUSE APPEARING, and by the stipulation of the parties, it is hereby ordered as follows:

The status conference set for December 7, 2009, is continued to **May 24, 2010** at 1:30 p.m. IT IS FURTHER ORDERED that the time between December 14, 2009 and **May 24, 2010** is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  December 4, 2010

JAMES WARE
UNITED STATES DISTRICT JUDGE

*United States*          09-00513-JW
Order Continu            e Hearing