MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile:  (408) 535-5066
Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

FILED

FEB 0 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09–00513-JW |
|---|---|---|
| Plaintiff, | ) | **ORDER DISMISSING INFORMATION** |
| v. | ) | |
| ANGELA CEASER, | ) | |
| Defendant. | ) | |

In light of the government's motion, and for the reasons stated therein, the information filed under CR No.: 09–00513-JW as to defendant Angela Ceaser is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 7, 2011

JAMES WARE
Chief United States District Judge

ORDER DISMISSING INFORMATION
CR 09-00513-JW